# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF NEW YORK

**John Santucci**

    vs.

**Newark Valley School District**

JUDGMENT IN A CIVIL CASE

**CASE NO.**  3:05-CV-971

____  **JURY VERDICT.**  This action came before this Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X**  **DECISION BY COURT.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT DEFENDANT'S MOTION TO DISMISS IS GRANTED. PLAINTIFF'S COMPLAINT IS DISMISSED.

IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S DECISION AND ORDER FILED OCTOBER 24, 2005.

Dated:  October 24, 2005

Clerk of Court

s/S. Potter
By:  Deputy Clerk